IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN JUDELSOHN, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>FITBIT, INC.,<br><br>        Defendant.<br>_____/ | No. C 14-1287 CW<br><br>ORDER REGARDING OPPOSITION AND REPLY BRIEFING IN CONJUNCTION WITH FITBIT'S MOTION TO DISMISS<br><br>(Docket No. 31) |
| GEORGE REED, RANDI AKANA, MILISSA MORGAN, KYLE MCCLOUD, LAURIE MCGUIRE, and MICHAEL BASKHARON, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>FITBIT, INC.,<br><br>        Defendant.<br>_____/ | No. C 14-1350 CW<br><br>ORDER REGARDING OPPOSITION AND REPLY BRIEFING IN CONJUNCTION WITH FITBIT'S MOTION TO DISMISS<br><br>(Docket No. 20) |

On March 20, 2014, Plaintiff Robyn Judelsohn brought a putative class action against Defendant Fitbit, Inc. for skin irritation injury allegedly related to her use of a Fitbit Force wristband. See Judelsohn v. Fitbit, Inc., Case No. 14-1287 (Fitbit 1), Docket No. 1.  On March 24, 2014, Plaintiffs George Reed, Randi Akana, Milissa Morgan, Kyle McCloud, Laurie McGuire, and Michael Baskharon also filed a putative class action against Defendant Fitbit, Inc., related to similar skin irritation injuries allegedly caused by Fitbit Force wristbands.  See, Reed v. Fitbit, Case No. 14-1350 (Fitbit 2), Docket No. 1.  On April 1,

2014, the Court granted Judelsohn's motion to relate the two cases.

On July 1, 2014, Fitbit filed motions to dismiss the class action complaints in both cases. See <u>Fitbit 1</u>, Docket No. 31 and <u>Fitbit 2</u>, Docket No. 20. The motions to dismiss are substantially the same -- Fitbit alleges that the motions should be granted because of mootness, the doctrine of primary jurisdiction, lack of particularity for fraud-based claims, failure to plead knowledge of the alleged defect, and inadequacy of class action allegations. <u>See id.</u> The oppositions related to the motions to dismiss are due by July 31, 2014; replies are due by August 14, 2014. <u>Fitbit 1</u>, Docket No. 32; <u>Fitbit 2</u>, Docket No. 21. A hearing is scheduled for August 28, 2014 in both cases. <u>Id.</u>

Plaintiffs in the two cases are represented by different counsel. However, because the cases are factually similar and the pending motions to dismiss contain many overlapping legal issues, the parties shall coordinate submission of a joint opposition and joint reply with separate sections to address any differences in order to facilitate judicial economy.

IT IS SO ORDERED.

Dated: 07/18/2014

CLAUDIA WILKEN
United States District Judge