1  Eric H. Gibbs (State Bar No. 178658)
2  ehg@girardgibbs.com
   Matthew B. George (State Bar No. 239322)
3  mbg@girardgibbs.com
   **GIRARD GIBBS LLP**
4  601 California Street, 14th Floor
5  San Francisco, California 94108
   Telephone: (415) 981-4800
6  Facsimile: (415) 981-4846

7  *Attorneys for Plaintiff Judelsohn and the Putative Class*

8  [Additional counsel for Plaintiffs listed on signature page]

9

10              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
11                      **OAKLAND DIVISION**

12

| | |
|---|---|
| ROBYN JUDELSOHN, on behalf of herself and all others similarly situated, | Case No. 4:14-CV-01287-CW<br>(Related Case No. 4:14-CV-01350-CW) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING ON FITBIT'S MOTION TO DISMISS AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| FITBIT, INC., | |
| Defendant. | |
| This document also relates to: | |
| GEORGE REED, RANDI AKANA, MILISSA MORGAN, KYLE MCCLOUD, LAURIE MCGUIRE, and MICHAEL BASKHARON, individually, and on behalf of all others similarly situated, | Case No. 4:14-CV-01350-CW<br>(Related Case No. 4:14-CV-01287-CW)<br><br>Hon. Claudia Wilken |
| Plaintiffs, | |
| v. | |
| FITBIT, INC., and DOES 1 through 10, Inclusive, | |
| Defendants. | |

Plaintiffs Robyn Judelsohn, George Reed, Randi Akana, Milissa Morgan, Kyle McCloud, Laurie McGuire, and Michael Baskharon (collectively, "Plaintiffs"), and Defendant Fitbit, Inc. ("Fitbit"), by and through their respective counsel, respectfully request that the Court continue the briefing schedule and hearing date on Fitbit's motions to dismiss as well as to continue the upcoming case management conference. A brief summary of the relevant background in support of this request is set forth as follows:

1. On March 20, 2014, Plaintiff Judelsohn filed a proposed class action complaint against Fitbit, Case No. 4:14-CV-01287-CW ("*Judelsohn* Action"), in the Northern District of California. The *Judelsohn* Action generally alleges that Fitbit violated California consumer protection laws, including the California Unfair Competition Law (Cal. Bus. & Prof. Code §§ 17200, *et seq.*) and the California Consumers Legal Remedies Act (Cal. Civ. Code §§ 1750, *et seq.*), through its alleged misrepresentations regarding the marketing and same Fitbit's Force™ Wireless Activity + Sleep Wristband ("Force Wristband").

2. On March 24, 2014, Plaintiffs George Reed, Randi Akana, Milissa Morgan, Kyle McCloud, Laurie McGuire, and Michael Baskharon filed a class action complaint in *Reed, et al. v. Fitbit, Inc.*, Case No. 4:14-CV-01350-CW ("*Reed* Action"), in the Northern District of California. The *Reed* Action asserts substantially similar claims to those alleged against Fitbit in the *Judelsohn* Action on behalf of substantially similar, if not identical, proposed classes. On April 1, 2014, the Court granted Plaintiff Judelsohn's motion to relate the *Judelsohn* and *Reed* Actions pursuant to Local Civil Rule 3-12(a).

3. Fitbit has accepted service of the summonses and *Reed* and *Judelsohn* complaints and filed motions to dismiss both cases on July 1, 2014.

4. On July 18, 2014, the Court issued an order consolidating briefing on both motions to dismiss in the *Judelsohn* and *Reed* Actions and set a consolidated hearing and case management conference for both matters on August 28, 2014. Plaintiffs' joint opposition to Fitbit's Motions to Dismiss is currently due July 31, 2014, and Fitbit's reply brief is currently due on August 14, 2014.

5. Since receipt of the Court's July 18, 2014 order consolidating the briefing on Fitbit's motions to dismiss, counsel for all parties have conferred and agree that in light of ongoing settlement

1

1  discussions, the motion to dismiss briefing schedule for the *Judelsohn* and *Reed* Actions should be
2  extended by 30 days in order to preserve the parties' and the Court's resources while they explore
3  potential resolution.  Accordingly, the parties propose Plaintiffs' joint opposition brief shall be due
4  September 5, 2014, and Fitbit shall have until September 19, 2014, to file its reply memorandum;
5        6.      Additionally, the parties propose continuing the case management conference and the
6  hearing date on Fitbit's motion to dismiss to October 2, 2014.
7        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for
8  Plaintiffs and Defendant, that:
9        1.      Plaintiffs in the related cases of *Judelsohn, et al. v. Fitbit, Inc.*, Case No. 4:14-CV-01287-
10 CW and *Reed, et al. v. Fitbit, Inc.*, Case No. 4:14-CV-01350-CW shall file their joint opposition brief on
11 or before September 5, 2014, and Fitbit shall have until September 19, 2014 to file its reply
12 memorandum.
13       2.      The August 28, 2014 hearing date on the motions and case management conference is
14 continued to October 2, 2014.  Any other deadlines pursuant to the Federal Rules of Civil Procedure and
15 Civil Local Rules running from such date are reset and will recommence upon the Court's order granting
16 this stipulation.
17
18 Dated: July 29, 2014                      Respectfully Submitted,
19                                     **GIRARD GIBBS LLP**
20
21                                     By:   /s/ Eric H. Gibbs
22                                     Eric H. Gibbs
23                                     Matthew B. George
                                    Linh G. Vuong
24                                     601 California Street, 14th Floor
25                                     San Francisco, CA 94108
                                    Telephone:  (415) 981-4800
26                                     Facsimile:  (415) 981-4846
27
28

2

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE BRIEFING AND HEARING ON
FITBIT'S MOTION TO DISMISS AND CONTINUE THE CASE MANAGEMENT CONFERENCE
CASE NO. 4:14-CW-01287-CW

Joseph A. Fitapelli, *admitted pro hac vice*
Brian S. Schaffer, *admitted pro hac vice*
**FITAPELLI & SCHAFFER, LLP**
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone:  (212) 300-0375
Facsimile: (212) 481-1333

*Attorneys for Plaintiff Judelsohn and Putative Class*

**CHIMICLES & TIKELLIS LLP**

By:  ___/s/ Joseph G. Sauder___

Joseph G. Sauder
Matthew D. Schelkopf
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19401
Telephone:  (610) 642-8500
Facsimile:  (610) 649-3633

Richard D. McCune
Jae (Eddie) K. Kim
**MCCUNE WRIGHT LLP**
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

*Attorneys for Plaintiffs Reed, et al. and the Putative Class*

**MORRISON & FOERSTER LLP**

By:  ___/s/ Erin M. Bosman___

James W. Huston
Erin M. Bosman
Julie Y. Park
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

*Attorneys for Defendant Fitbit, Inc.*

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING AND HEARING ON FITBIT'S MOTION TO DISMISS AND CONTINUE THE CASE MANAGEMENT CONFERENCE
CASE NO. 4:14-CW-01287-CW

**[PROPOSED] ORDER**

The above Stipulation of the parties having been considered by the Court and good cause appearing therefore, the Court hereby orders as follows:

1. Plaintiffs shall have up and until September 5, 2014, to file an opposition brief to Fitbit's motion to dismiss.  Fitbit shall have until September 19, 2014 to file its reply memorandum.
2. The August 28, 2014 hearing date on the motions and case management conference is continued to October 2, 2014.  Any other deadlines pursuant to the Federal Rules of Civil Procedure and Civil Local Rules running from such date are reset and will recommence upon the Court's order granting this stipulation.

**PURUSANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  7/31/2014

_____
The Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE

**ECF ATTESTATION**

I, Eric H. Gibbs, am the ECF User whose ID and Password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

Dated: July 29, 2014                **GIRARD GIBBS LLP**

By:   /s/ Eric H. Gibbs
Eric H. Gibbs