1  Eric H. Gibbs (State Bar No. 178658)
   ehg@girardgibbs.com
2  Matthew B. George (State Bar No. 239322)
   mbg@girardgibbs.com
3  Linh G. Vuong (State Bar No. 286837)
4  lgv@girardgibbs.com
   **GIRARD GIBBS LLP**
5  601 California Street, 14th Floor
   San Francisco, California 94108
6  Telephone: (415) 981-4800
7  Facsimile: (415) 981-4846

8  Joseph A. Fitapelli
   jfitapelli@fslawfirm.com
9  Brian S. Schaffer
   bschaffer@fslawfirm.com
10 **FITAPELLI & SCHAFFER, LLP**
11 475 Park Avenue South, 12th Floor
   New York, New York 10016
12 Telephone: (212) 300-0375
   Facsimile: (212) 481-1333
13

14 *Attorneys for Plaintiff and the Putative Class*

15                     **UNITED STATES DISTRICT COURT**

16                     **NORTHERN DISTRICT OF CALIFORNIA**

17                              **OAKLAND DIVISION**

18

| | |
|---|---|
| ROBYN JUDELSOHN, on behalf of herself and all others similarly situated, | Case No. 4:14-cv-01287-CW (Related Case No. 4:14-cv-01350-CW) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | Hon. Claudia Wilken |
| FITBIT, INC., | Complaint Filed: March 24, 2014 |
| Defendant. | |
| AND RELATED ACTION. | |

NOTICE OF VOLUNTARY DISMISSAL
Case No. 4:14-cv-01287-CW

1    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, defendant Fitbit,
2 Inc. ("Fitbit") is hereby voluntarily dismissed from the individual economic loss claims asserted in
3 the above-captioned action with prejudice, and Fitbit is also hereby voluntarily dismissed from the
4 class claims asserted in the above-captioned action without prejudice.

6 Dated: September 25, 2014               Respectfully submitted,

7                                         **GIRARD GIBBS LLP**

8                                         By:   /s/ Eric H. Gibbs

9                                         Eric H. Gibbs
                                          Matthew B. George
10                                        Linh G. Vuong
                                          601 California Street, 14th Floor
11                                        San Francisco, California 94108
                                          Telephone: (415) 981-4800
12                                        Facsimile: (415) 981-4846

                                          *Attorneys for Plaintiff and the*
14                                        *Putative Class*

NOTICE OF VOLUNTARY DISMISSAL
Case No. 4:14-cv-01287-CW                                                        1